# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 1:24-mj-00400 |
| ) | |
| ) | |
| VERENA MAY MATHIS ) | |
| ) | |
| *Defendant(s)* | |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:22 pm, Feb 15 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s)   2020- 2022   in the county of   Prince George's   in the
_____ District of   Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Children |
| 18 U.S.C. § 2252A(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Rachal M. Torg, Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 14, 2024

*Judge's signature*

City and state:   Baltimore, Maryland       Erin Aslan, U.S. Magistrate Judge
*Printed name and title*